
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREDA SLAUGHTER, | CV 14-7652 PA (JPRx) |
| Plaintiff, | CORRECTED JUDGMENT |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendants. | |

    Pursuant to the Court's March 16, 2015 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Defendant"), which dismissed the claim asserted by plaintiff Dreda Slaughter ("Plaintiff") against Defendant,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    1.    Defendant shall have judgment in its favor against Plaintiff; and

    2.    Plaintiff take nothing and that Defendants shall have their costs of suit.

DATED: March 16, 2015

**JS-6**

                                                    Percy Anderson
                                   UNITED STATES DISTRICT JUDGE